UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BARRY HUTCHINS | CIVIL ACTION NO. 15-1833-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEPARTMENT OF CORRECTIONS CITY OF NEW YORK | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* (28 U.S.C. § 2241 or 28 U.S.C. § 2254) be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 3rd day of August, 2015.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE